# United States District Court

WESTERN DISTRICT OF WASHINGTON

FRIEDA M. BUSH

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5371RJB-KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     the Court adopts the Report and Recommendation; and

(2)     the administrative decision is AFFIRMED

| April 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                            *s/ Mary Trent*
                                                             Deputy Clerk